Reap. Dec. 10084.—Marvin Accessories, Inc., et al. *v*. United States, Motion by plaintiffs.